**JOHN K. PARK, ESQ. (SBN 175212)**  JS-6
3255 Wilshire Blvd., Suite 1110
Los Angeles, California 90010
Telephone: (213) 389-3777
Facsimile: (213) 389-3377
park@parklaw.com

Attorneys for Plaintiff,
BEOM SIK KIM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOM SIK KIM, | CASE NO.: 2:15-cv-07896-DSF-JC |
| Plaintiff | |
| v. | **ORDER TO DISMISS ACTION** |
| TILLY'S INC., a Delaware Corporation; LDLA CLOTHING LLC., a California Limited Liability Company; and DOES 1 through 10, inclusive, | Complaint Filed: October 7, 2015<br>Trial Date: Not Set |
| Defendants | |

**ORDER**:

-1-

On stipulation of the Parties, this Action is dismissed with prejudice with each party to bear its own costs and attorney's fees.

<u>IT IS</u> <u>SO ORDERED</u>

Dated: January 28, 2016

By:_____
    Hon. Dale S. Fischer
    United States District Judge

-2-